JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
PATRICK A. CATHCART (CA Bar No. 65413)
pcathcart@adorno.com
AMY L. MORSE (CA Bar No. 092135)
amorse@adorno.com
REGINALD ROBERTS, JR. (CA Bar No. 216249)
rroberts@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Defendants
JPMorgan Chase Bank, N.A. for itself,
and as an acquirer of certain assets and
liabilities of Washington Mutual Bank
from the FDIC Acting as Receiver, and
California Reconveyance Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, National Association,<br>BANK OF AMERICA, National Association,<br>LASALLE BANK, National Association<br>CALIFORNIA RECONVEYANCE COMPANY; and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 09 2161 EMC<br><br>**DEFENDANTS' NOTICE OF RELATED CASE**<br><br>[PURSUANT TO LOCAL RULE 3-12]<br><br>**Action Filed:** April 22, 2009<br>California Superior Court, San Francisco<br>Case No.: CGC 09-487634 |

**TO THE ABOVE-NAMED COURT AND TO PARTIES AND ATTORNEYS OF RECORD:**

1

2018364.1

1  PLEASE TAKE NOTICE THAT on May 15, 2009, defendants JPMorgan
2  Chase Bank, N.A., for itself and as an acquirer of certain assets and liabilities of
3  Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as
4  receiver, and California Reconveyance Company ("Defendants") filed a Notice of
5  Removal, pursuant to 28 U.S.C. §§ 1441 et seq., from the Superior Court of the State
6  of California for the County of San Francisco. Based on information and belief,
7  Defendants state that there is no related case previously filed or currently pending in
8  the Northern District of California which meets the criteria set forth in Local Rule 3-
9  12(a).

11  DATED: May 18,, 2009          ADORNO YOSS ALVARADO & SMITH
                                  A Professional Corporation

                                  By: /s/ [signature]
                                  JOHN M. SORICH
                                  PATRICK A. CATHCART
                                  AMY L. MORSE
                                  REGINALD ROBERTS, JR.
                                  Attorneys for Defendants
                                  JP MORGAN CHASE BANK, N.A, FOR
                                  ITSELF AND AS AN ACQUIRER OF
                                  CERTAIN ASSETS AND LIABILITIES
                                  OF WASHINGTON MUTUAL BANK
                                  FROM THE FDIC ACTING AS
                                  RECEIVER and CALIFORNIA
                                  RECONVEYANCE COMPANY

2018364.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
*Brian Sullivan v. LaRocca Inspection, et al.*
LASC Case No. BC375976

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Suite 200, Santa Ana, CA 92707.**

On May 18, 2009, I served the foregoing document described as **DEFENDANTS' NOTICE OF RELATED CASE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 18, 2009 at Santa Ana, California.

Rhea I. Weng

1
PROOF OF SERVICE

2018739.1

# SERVICE LIST

*Sullivan v. LaRocca Inspection, et al.*
LASC Case No. BC375976

| | |
|---|---|
| Scott Lee Shabel, Esq.<br>Law Offices of Scott Lee Shabel<br>12400 Wilshire Boulevard, Suite 1300<br>Los Angeles, CA 90025-1030 | (310) 447-3277-telephone<br>(310) 447-3288-facsimile<br><br>**Attorney for Plaintiff, Brian Sullivan** |
| Jerry L. Freedman, Esq.<br>Eugene M. Rubinstein, Esq.<br>Jerry L. Freedman, APC<br>16055 Ventura Boulevard, Suite 540<br>Encino, CA 91436 | (818) 784-9742-telephone<br>(818) 784-4968-facsimile<br><br>**Attorney for Plaintiff, Brian Sullivan** |
| Gregory C. Pyfrom, Esq.<br>Law Office of Gregory C. Pyfrom<br>10623 Sherman Grove<br>P.O. Box 971<br>Agoura Hills, CA 91376 | (818) 951-2079-telephone |
| Kevin L. Dorhout, Esq.<br>Mark F. Miller, Esq.<br>Manfredi, Levine, Eccks & Miller<br>3262 E. Thousand Oaks Blvd., Suite 200<br>Westlake Village, CA 91362-3400 | (805) 379-1919-telephone<br>(805) 379-3819-facsimile |
| Duane Bartsch, Esq.<br>Brian Beecher, Esq.<br>Bartsch & Webb<br>317 Rosecrans Avenue<br>Manhattan Beach, CA 90266 | (310) 939-0937-telephone<br>(310) 546-4033-facsimile |
| Stuart B. Wolfe, Esq.<br>Yaron Shaham, Esq.<br>Wolfe & Wyman, LLP<br>5 Park Plaza, Suite 1100<br>Irvine, CA 92614 | (949) 475-9200-telephone<br>(949) 475-9203-facsimile |
| Ian M. Green, Esq.<br>Hill, Farrer & Burrill, LLP<br>One California Plaza, 37th Floor<br>300 South Grand Avenue<br>Los Angeles, CA 90071-3147 | (213) 620-0460-telephone<br>(213) 624-4840-facsimile |

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

2
PROOF OF SERVICE

2018739.1