
J. BRIAN McCAULEY, ESQ. State Bar No. 66762
Law Office of J. Brian McCauley
One Market, Steuart Tower, Suite 1600
San Francisco, CA 94105
Telephone: (415) 974-1515
Facsimile: (415) 543-0125

Attorney for Plaintiff
KATY M. SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN, <br><br> Plaintiff, <br><br> vs. <br><br> WASHINGTON MUTUAL BANK, FA, JPMORGAN CHASE BANK, National Association, BANK OF AMERICA, National Association, CALIFORNIA RECONVEYANCE COMPANY; and Does 1 through 50, inclusive, <br><br> Defendants. | **CASE NO. 09 2161 EMC** <br><br> Honorable Edward M. Chen <br><br> **STIPULATION ALLOWING FILING OF FIRST AMENDED COMPLAINT ORDER** <br><br> Action Filed: April 22, 2009 <br> San Francisco County Superior Court <br> Case No. CGC-09-487634 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff KATY M SULLIVAN may file a First Amended Complaint, a copy of which (without Exhibits) is attached hereto.

IT IS FURTHER STIPULATED that the Defendants waive notice and service of the Amended Complaint (whose Exhibits are agreed to be the same as the Exhibits of the initial Complaint) and, further, that the pending Motion to Dismiss initially filed in response to the Complaint shall be deemed directed to the allegations of the First Amended Complaint. Such Motion may be heard on September 16, 2009, at 3:00 pm or such other date or time as the Court may direct, and the parties shall cooperate to either request or retain such date and time before the court

-1-
STIPULATION ALLOWING FILING FIRST AMENDED COMPLAINT          CASE NO. CV 09 2161 EMC

for hearing on the Motion to Dismiss. The presently-filed moving, opposing and reply papers shall be deemed filed and applied to the First Amended Complaint.

Dated: July 17, 2009

Law Offices of J. Brian McCauley
A Professional Corporation

By: _____
J. Brian McCauley
Attorney for Plaintiff
KATY SULLIVAN

Dated: July 17, 2009

Law Offices of Adorno, Yoss Alvarado & Smith
A Professional Corporation

By: _____
Patrick Cathcart, Attorney for Defendants
BANK OF AMERICA, NA, JPMORGAN
CHASE BANK, NA, WASHINGTON
MUTUAL BANK, FA AND CALIFORNIA
RECONVEYANCE COMPANY

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

## PROOF OF SERVICE

I, the undersigned, hereby declare:

I am a citizen of the United States, over 18 years of age, and not a party to the within action. I am employed in the County of San Francisco; my business address is One Market Street, Suite 1600, San Francisco, CA 94105.

On July 17, 2009, I served the within:

- **Stipulation Allowing Filing of First Amended Complaint**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Patrick Cathcart, Esq.
Adorno Yoss Alvarado & Smith
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071

[X]  **BY MAIL**:  The above referenced documents were personally deposited by me in the U.S. mail with the U.S. Postal Service on the day stated above with U.S., First-class postage thereon fully prepaid.

[ ]  **BY FAX**:  I caused such documents to be transmitted via facsimile to the stated parties at their respective facsimile numbers.

[ ]  **BY EXPRESS CARRIER**  I caused such documents to be collected by an agent for [company name] to be delivered to the offices of stated parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 17, 2009

_____
Brian McCauley