J. BRIAN McCAULEY, ESQ. State Bar No. 66762
Law Office of J. Brian McCauley
One Market, Steuart Tower, Suite 1600
San Francisco, CA 94105
Telephone: (415) 974-1515
Facsimile: (415) 543-0125
E-Mail: jbmapc@pacbell.net

Attorney for Plaintiff
KATY M. SULLIVAN

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, FA, JPMORGAN CHASE BANK, National Association, BANK OF AMERICA, National Association, LASALLE BANK, National Association, CALIFORNIA RECONVEYANCE COMPANY; and Does 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: CV 09-2161 EMC**<br><br>**STIPULATION AND APPLICATION FOR EXTENSION OF MEDIATION ;**<br>ORDER |

This Stipulation is entered into by all of the parties who have appeared before the court in the above entitled action, by and through each of their counsel of record, being J. Brian McCauley, Esq., for Plaintiff Katy Sullivan, and Reginald Roberts, Jr., Esq. of the firm of Adorno Yoss Alvarado & Smith, for Defendants JPMorgan Chase Bank, NA, Bank of America, NA, and California Reconveyance Company.

This stipulation is respectfully submitted as an application for extension of time within which to complete mediation, which has been ordered and initially conducted in this action. Request is made pursuant to the ADR Local Rules, including but not limited to Local Rule 6.5.

///

///

This application and stipulation is made upon the following facts:

1. Mediation in this matter was conducted after the submittal of Mediation Statements by both sides, before Mediator J. Daniel Sharp, on Thursday, December 10, 2009;

2. The matter was mediated for a half day, but was unsuccessful. The mediating Defendants requested further information from Plaintiff regarding financial and income matter; which were agreed to be provided in addition to certain information provided in preparation for mediation. Such additional information is believed to be constructive as a result of Plaintiff's very recent engagement to be married; her future spouse, on information and belief, will supply additional financial strength and is believed to be willing to make certain commitments regarding performance of a negotiated resolution. Plaintiff's fiancé, however, is a French national in military service, and currently (and for the coming approximate four weeks) is engaged on military assignment in the Middle East. As a result, obtaining documents to substantiate and augment Plaintiff's available financial condition is (and has been) in process but such documents have not yet been received.

3. All parties to the mediation and this litigation (except Washington Mutual Bank, NA, which has not yet made an appearance in this action as a result of having been seized and sold pursuant to Federal Deposit Insurance Corp. (FDIC) action) are in favor of this application and concur in the request;

4. As a result of the needed period to obtain additional financial documentation in a form acceptable to Defendants, all parties request an extension to and including March 1, 2010 for the completion of mediation before J. Daniel Sharp, appointed mediator.

///

///

///

///

///

Dated: January 4, 2010

Respectfully submitted,

Law Offices of J. Brian McCauley
Professional Corporation

By: _____
J. Brian McCauley, Esq.
Attorney for Plaintiff
KATY SULLIVAN

Dated: January 4, 2010

Respectfully submitted,

Adorno Yoss Alvarado & Smith

By: _____
Reginald Roberts, Jr., Esq.
Attorney for Defendants JPMorgan Chase Bank, NA, Bank of America, NA and California Reconveyance Company

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND APPLICATION FOR EXTENSION OF MEDIATION CASE NO. CV-09-2161 EMC** 3

# **PROOF OF SERVICE**

I, the undersigned, hereby declare:

I am a citizen of the United States, over 18 years of age, and not a party to the within action. I am employed in the County of San Francisco; my business address is One Market Street, Suite 1600, San Francisco, CA 94105.

On January 4, 2010, I served the within:

STIPULATION AND APPLICATION FOR EXTENSION OF MEDIATION

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

J. Daniel Sharp
Folger, Levin & Kahn, LLP
275 Battery St., 23rd Flr.
San Francisco, CA 94121

[X]   **BY MAIL**:   The above referenced documents were personally deposited by me in the U.S. mail with the U.S. Postal Service on the day stated above with U.S., First-class postage thereon fully prepaid.

[ ]   **BY FAX**:   I caused such documents to be transmitted via facsimile to the stated parties at their respective facsimile numbers.

[ ]   **BY EXPRESS CARRIER**   I caused such documents to be collected by an agent for [company name] to be delivered to the offices of stated parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 4, 2010

_____
Brian McCauley

-1-
PROOF OF SERIVICE