1  THEODORE E. BACON (CA Bar No. 115395)
   tbacon@adorno.com
2  PATRICK A. CATHCART (CA Bar No. 65413)
   pcathcart@adorno.com
3  AMY L. MORSE (CA Bar No. 092135)
   amorse@adorno.com
4  REGINALD ROBERTS, JR. (CA Bar No. 216249)
   rroberts@adorno.com
5  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
6  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
7  Tel: (213) 229-2400
   Fax: (213) 229-2499
8
   Attorneys for Defendants
9  JPMorgan Chase Bank, N.A., an acquirer of
   certain assets and liabilities of Washington
10 Mutual Bank from the FDIC Acting as
   Receiver, and California Reconveyance
11 Company

12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, National Association,<br>BANK OF AMERICA, National Association, LASALLE BANK, National Association<br>CALIFORNIA RECONVEYANCE COMPANY; and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 09-2161 EMC<br><br>JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>ORDER<br><br><br>Action Filed: April 22, 2009<br>California Superior Court, San Francisco<br>Case No.: CGC 09-487634 |

This Stipulation is entered into by all of the parties who have appeared before the Court in the above entitled action, by and through each of their counsel of record, being J. Brian McCauley, Esq., for Plaintiff Katy Sullivan, and Reginald Roberts, Jr., Esq. of the firm of Adorno Yoss

Alvarado & Smith, for Defendants JPMorgan Chase Bank, NA, Bank of America, NA, and California Reconveyance Company.

This stipulation is respectfully submitted as an application to continue the Further Case Management Conference to March 5, 2010.

This application and stipulation is made upon the following facts:

1. Mediation in this matter was conducted after the submittal of Mediation Statements by both sides, before Mediator J. Daniel Sharp, on Thursday, December 10, 2009;

2. The matter was mediated for a half day, but was unsuccessful. The mediating Defendants requested further information from Plaintiff regarding financial and income matters; which were agreed to be requested in addition to certain information provided in preparation for mediation. Such additional information is believed to be constructive to the settlement process.

3. All parties to the mediation and this litigation (except Washington Mutual Bank, NA, which has not yet made an appearance in this action as a result of having been seized and sold pursuant to Federal Deposit Insurance Corp. (FDIC) action), are in favor of this application and concur in the request;

4. As a result of the needed period to obtain additional financial documentation in a form acceptable to Defendants, the Parties submitted, and this Court granted a request for an extension to and including March 1, 2010 for the completion of mediation before J. Daniel Sharp, appointed mediator.

5. The parties now request that the Court Continue the Further Case Management Conference ("CMC"), currently scheduled for February 3, 2010, at 2:30 in Courtroom C or the

///
///
///
///
///
///
///

above-captioned Court, to March 5, 2010. The parties request this continuance of the CMC in order to permit time to complete the mediation process before returning to court for the CMC.

Respectfully submitted,

Dated: January 29, 2010

Law Offices of J. Brian McCauley
Professional Corporation

By: _____
J. Brian McCauley, Esq.
Attorney for Plaintiff
KATY SULLIVAN

Respectfully submitted,

Dated: January 29, 2010

Adorno Yoss Alvarado & Smith

By: _____
Reginald Roberts, Jr., Esq.
Attorney for Defendants JPMorgan Chase Bank, NA, Bank of America, NA and California Reconveyance Comp

IT IS SO ORDERED that the status conference set for 2/3/10 at 2:30 p.m. is reset to 3/10/10 at 2:30 p.m. An updated joint status conference statement shall be filed by 3/3/10.

_____
Edward M. Chen
U.S. Magis...

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]

3
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE    CV 09-2161 EMC
2037941