| | |
|---|---|
| 1 | THEODORE E. BACON (CA Bar No. 115395) |
|   | tbacon@AlvaradoSmith.com |
| 2 | RICK D. NAVARRETTE (CA Bar No. 122653) |
|   | rnavarrette@AlvaradoSmith.com |
| 3 | PATRICIO A. MARQUEZ (CA Bar No. 230694) |
|   | pmarquez@AlvaradoSmith.com |
| 4 | ALVARADOSMITH |
|   | A Professional Corporation |
| 5 | 633 W. Fifth Street, Suite 1100 |
|   | Los Angeles, CA 90071 |
| 6 | Tel: (213) 229-2400 |
|   | Fax: (213) 229-2499 |

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
CALIFORNIA RECONVEYANCE
COMPANY and BANK OF AMERICA,
NATIONAL ASSOCIATION, as successor by
merger to LaSalle Bank NA as trustee for
WaMu Mortgage Pass-Through Certificates
Series 2006-AR9 Trust

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN, | **CASE NO.:** CV 09-2161 EMC |
| Plaintiff, | **JUDGE:** Hon. Edward M. Chen |
| v. | **UPDATED JOINT CASE MANAGEMENT STATEMENT**  ; ORDER |
| WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, National Association, BANK OF AMERICA, National Association, CALIFORNIA RECONVEYANCE COMPANY; and DOES 1 through 50, inclusive, | **DATE:** June 15, 2011<br>**TIME:** 2:30 p.m.<br>**CRTRM:** C |
| Defendants. | **Action Filed:** April 22, 2009 |

///

///

///

///

---

UPDATED JOINT CASE MANAGEMENT STATEMENT       CASE NO. CV 09-2161 EMC
2089941.1

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

2  Defendants JPMorgan Chase Bank, N.A. ("JPMorgan"), California Reconveyance Company
3  ("CRC") and Bank of America, National Association, as successor by merger to LaSalle Bank NA
4  as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR9 Trust ("B of A")
5  (together, "Defendants"), along with plaintiff Katy Sullivan ("Plaintiff")(collectively the "Parties"),
6  hereby submit this Updated Joint Case Management Statement.

7  **1.    Jurisdiction and Service**

8  Plaintiff has named the following as defendants: WASHINGTON MUTUAL BANK, FA,
9  JPMORGAN CHASE BANK, National Association, BANK OF AMERICA, National Association,
10 LASALLE BANK, National Association**,** CALIFORNIA RECONVEYANCE COMPANY; and
11 Does 1 through 50, inclusive**.**

12 This court has jurisdiction, because Plaintiff, in the initial complaint, alleges violations of the
13 Federal Truth in Lending Act ("TILA"). (*See* Second Amended Complaint.)

14 **2.    Status of the Case and Changes Since Previous Joint Statement:**

15 Plaintiff seeks statutory damages under TILA, as well as general damages. Plaintiff also
16 seeks rescission under TILA. According to Plaintiff, Defendants failed to make certain disclosures
17 required under the TILA at the time the subject loan was issued to Plaintiff, and thereafter. Plaintiff
18 also contends that Defendants falsely represented the nature of the subject loan. Defendants deny
19 these allegations and contend that they did not participate in the origination process which is the
20 subject of Plaintiff's legal action.

21    **A.    Motions:**

22  Defendants may bring a motion for summary judgment pursuant to FRCP 56.

23    **B.    Discovery:**

24 The parties have exchanged limited written discovery, however such discovery is currently
25 stayed in order to attempt sale of one unit of the property's two condominium and thereafter resolve
26 the action. Discovery, as a result, is not pending as to do so would be to expand attorney's fees
27 hopefully unnecessarily.

28 ///

**C.     Settlement and ADR:**

The parties have made efforts to mediate and settle the matter, and there is passive agreement that the best avenue for potential settlement is to market one of the two existing, approved condominium units at the property, both of which are approved, legal condominium units. Upon a sale, the parties will embark on settlement negotiations in an attempt to resolve the remaining issues in this litigation based, in part, on a partial pay-down of the outstanding subject bank loan from the net sale proceeds of the unit.

Plaintiff reports in this Joint Statement that the property has been listed continuously through 2011. Two contracts for sale have been entered into but unfortunately have not been completed. The initial offer was lost due to negotiations over construction of a garage, during March, 2011. A subsequent buyer withdrew from the second offer within the past week. Plaintiff initially listed the condominium unit at $599,000; it was subsequently reduced to $550,000, and is currently listed at $500,000. There a further potential offer anticipated from neighboring residents, who expressed interest at a higher price level, and who have expressed interest again within the past several days. The property has been shown frequently, which is believed to be a good indication. The listing broker has held open houses over the past several weekends, with a concurrent increase in the number of showings of the property.

It is submitted that a further period of listing be allowed by this Court, for approximately 90 days, to allow exposure at the reduced listing price during the summer season, when selling is typically most active.

///
///
///
///
///
///
///

1  The parties have conferred regarding their desired processing of this litigation in view of the
2  above information.  It is believed by both that a continued period for marketing of the property is in
3  the likely best interest of both sides and so jointly request the court to continue this case
4  management conference for a further 90 days to see what developments may be attainable in the sale
5  of the condominium unit.  It is believed the economy is improving, albeit slowly, and that a further
6  90 days is a reasonable period of time to continue with sale efforts.

Respectfully submitted,

DATED:  June 8, 2011

By: /s/ J. Brian McCauley
J. BRIAN MCCAULEY, ESQ..
Attorneys for Plaintiff,
KATY SULLIVAN

DATED:  June 8, 2011

A<small>LVARADO</small>S<small>MITH</small>
A Professional Corporation

By: /S/ Patricio A. Marquez
PATRICIO A. MARQUEZ
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
CALIFORNIA RECONVEYANCE COMPANY
and BANK OF AMERICA, NATIONAL
ASSOCIATION, as successor by merger to
LaSalle Bank NA as trustee for WaMu Mortgage
Pass-Through Certificates Series 2006-AR9 Trust

IT IS SO ORDERED that the Further CMC is reset from 6/15/11 to 9/16/11 at 10:30 a.m. in Courtroom 5, 17th Floor.  An updated joint CMC statement shall be filed by 9/9/11.

_____
Edward M. Chen
United States District Judge

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

3
UPDATED JOINT CASE MANAGEMENT STATEMENT                     CASE NO. CV 09-2161 EMC
2089941.1