UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, National Association,<br>BANK OF AMERICA, National Association, CALIFORNIA RECONVEYANCE COMPANY; and Does 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: CV 09-2161 EMC<br><br>Assigned:   Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**DATE:**　　December 16, 2011<br>**TIME:**　　10:30 a.m.<br>**CTRM:**　　5<br><br>**Action Filed:** April 22, 2009 |

///
///
///
///
///
///
///
///
///

1  **IT IS HEREBY ORDERED** that:

2  Rick D. Navarrette, counsel for defendants JPMorgan Chase Bank, N.A., California

3  Reconveyance Company and Bank of America, National Association, as successor by merger to

4  LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR9 Trust

5  (collectively, "Defendants"), is permitted to appear telephonically at:

6  1. The Further Case Management Conference, which is scheduled for December 16,

7  2011 at 10:30 a.m. in Courtroom 5 of the above-entitled Court, located at 450 Golden Gate Avenue,

8  San Francisco, California, the Honorable Edward M. Chen, presiding:   The Court will call Mr.

9  Navarrette at (213) 229-2400 between 10:30 and 11:30 a.m.

10  DATED: _____12/13/11_____          _____

11  Hon. Edward M. Chen
    Judge, United States District Court



1

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE      CV 09-2161 EMC
3046014.1 -- AL109.W383