# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, National Association,<br>BANK OF AMERICA, National Association, CALIFORNIA RECONVEYANCE COMPANY; and Does 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: CV 09-2161 EMC<br><br>Assigned:  Hon. Edward M. Chen<br><br>[~~PROPO~~SED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE<br><br>DATE:  December 16, 2011<br>TIME:  10:30 a.m.<br>CTRM:  5<br><br>Action Filed:  April 22, 2009 |

///
///
///
///
///
///
///
///
///

1 **IT IS HEREBY ORDERED** that:

2 Rick D. Navarrette, counsel for defendants JPMorgan Chase Bank, N.A., California

3 Reconveyance Company and Bank of America, National Association, as successor by merger to

4 LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR9 Trust

5 (collectively, "Defendants"), is permitted to appear telephonically at:

6     1.    The Further Case Management Conference, which is scheduled for December 16,

7 2011 at 10:30 a.m. in Courtroom 5 of the above-entitled Court, located at 450 Golden Gate Avenue,

8 San Francisco, California, the Honorable Edward M. Chen, presiding:   The Court will call Mr.

9 Navarrette at (213) 229-2400 between 10:30 and 11:30 a.m.

10 DATED: ___12/13/11_____    _____

11 Hon. Edward M. Chen
Judge, United States District Court



[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE     CV 09-2161 EMC
3046014.1 -- AL109.W383