UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, National Association,<br>BANK OF AMERICA, National Association, CALIFORNIA RECONVEYANCE COMPANY; and Does 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.: CV 09-2161 EMC<br><br>Assigned:　Hon. Edward M. Chen<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE<br><br>DATE:　　March 16, 2012<br>TIME:　　10:30 a.m.<br>CTRM:　　5<br><br>Action Filed: April 22, 2009 |

///
///
///
///
///
///
///
///
///

**IT IS HEREBY ORDERED** that:

David J. Masutani, counsel for defendants JPMorgan Chase Bank, N.A., California Reconveyance Company and Bank of America, National Association, as successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR9 Trust (collectively, "Defendants"), is permitted to appear telephonically at:

1. The Further Case Management Conference, which is scheduled for March 16, 2012, at 10:30 a.m. in Courtroom 5 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, the Honorable Edward M. Chen, presiding:

Court will call Mr. Navarrette between 10:30 and 11:00 a.m. on March 16, 2012.

DATED: 3/7/12



Hon. Edward M. Chen
United States District Court

---