1  THEODORE E. BACON (CA Bar No. 115395)
   tbacon@AlvaradoSmith.com
2  ALVARADOSMITH
   A Professional Corporation
3  235 Pine Street, Suite 1200
   San Francisco, CA 94104
4  Tel: (415) 624-8665
   Fax: (415) 391-1751
5
   Attorneys for Defendants
6  JPMORGAN CHASE BANK, N.A., CALIFORNIA
   RECONVEYANCE COMPANY and BANK OF AMERICA,
7  NATIONAL ASSOCIATION, as successor by merger to LaSalle
   Bank NA as trustee for WaMu Mortgage Pass-Through
8  Certificates Series 2006-AR9 Trust

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  KATY SULLIVAN, also known as KATY          **CASE NO.:** CV 09-2161 EMC
    MARIE SULLIVAN,
13                                             **JUDGE:**    Hon. Edward M. Chen
             Plaintiff,
14                                             **STIPULATION TO CONTINUE CASE**
    v.                                         **MANAGEMENT CONFERENCE** ; ORDER
15
    WASHINGTON MUTUAL BANK, FA, JP             **DATE:**     January 17, 2013
16  MORGAN CHASE BANK, National                **TIME:**     10:30 a.m.
    Association, BANK OF AMERICA, National     **CRTRM:**    5
17  Association, CALIFORNIA RECONVEYANCE
    COMPANY; and DOES 1 through 50, inclusive, **ACTION FILED:**     April 22, 2009
18
             Defendants.
19

20

21

22

23

24

25

26

27

28

                                          **1**

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SAN FRANCISCO

1    Defendants JPMorgan Chase Bank, N.A. ("JPMorgan"), California Reconveyance Company

2  ("CRC") and Bank of America, National Association, as successor by merger to LaSalle Bank NA

3  as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR9 Trust ("B of A")

4  (together, "Defendants"), along with plaintiff Katy Sullivan ("Plaintiff")(collectively the "Parties"),

5  hereby stipulate to continue the January 17, 2013 Case Management Conference to April 11, 2013 at

6  10:30 am.

7    The reason for the request is that the parties have entered into a conditional settlement of the

8  entire case. The settlement contemplates a tender of a Deed in lieu of foreclosure on one of the two

9  condominium units owned by Plaintiff and a loan modification on the other unit in which Plaintiff

10  now resides. The financial terms of the loan modification and all other terms of the settlement have

11  been agreed upon, but it will take 60-75 days to confirm that title to both units is clear, to obtain

12  income verification and to submit all documentation required to process the loan modification. The

13  settlement provides that assuming, as both parties believe, that these issue are resolved, then the loan

14  modification agreement will be executed, the Deed in lieu recorded and the parties will submit a

15  request for dismissal with prejudice of the entire action.

16    The parties therefore respectfully stipulate to and ask the Court to continue the current CMC

17  from 1/17/13 to 4/11/13, time to remain at 10:30 am.

18

19  DATED:  January 9, 2013            ALVARADOSMITH
                                      A Professional Corporation
20

21                                    By:  /s/ *Theodore E. Bacon*
                                          THEODORE E. BACON
22                                        Attorneys for Defendants
                                          JPMORGAN CHASE BANK, N.A.,
23                                        CALIFORNIA RECONVEYANCE COMPANY
                                          and BANK OF AMERICA, NATIONAL
24                                        ASSOCIATION

     DATED:  January 9, 2013
25

26    IT IS SO ORDERED:               s/ *J. Brian McCauley*
                                          BRIAN MCCAULEY, ESQ..
27  _____               Attorneys for Plaintiff,
                                          KATY SULLIVAN
28    Edward M. Chen
      U.S. District Judge

**IT IS SO ORDERED**

Judge Edward M. Chen

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

*Sidebar (left margin):* ALVARADOSMITH A PROFESSIONAL CORPORATION SAN FRANCISCO

**2**