THEODORE E. BACON (CA Bar No. 115395)
tbacon@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
235 Pine Street, Suite 1200
San Francisco, CA 94104
Tel: (415) 624-8665
Fax: (415) 391-1751

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., CALIFORNIA RECONVEYANCE COMPANY and BANK OF AMERICA, NATIONAL ASSOCIATION, as successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR9 Trust

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, National Association, BANK OF AMERICA, National Association, CALIFORNIA RECONVEYANCE COMPANY; and DOES 1 through 50, inclusive, <br><br> Defendants. | **CASE NO.:** CV 09-2161 EMC <br><br> **JUDGE:**   Hon. Edward M. Chen <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**   ; ORDER <br><br> **DATE:**   January 17, 2013 <br> **TIME:**   10:30 a.m. <br> **CRTRM:**   5 <br><br> **ACTION FILED:**   April 22, 2009 |

Defendants JPMorgan Chase Bank, N.A. ("JPMorgan"), California Reconveyance Company ("CRC") and Bank of America, National Association, as successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR9 Trust ("B of A") (together, "Defendants"), along with plaintiff Katy Sullivan ("Plaintiff")(collectively the "Parties"), hereby stipulate to continue the January 17, 2013 Case Management Conference to April 11, 2013 at 10:30 am.

The reason for the request is that the parties have entered into a conditional settlement of the entire case. The settlement contemplates a tender of a Deed in lieu of foreclosure on one of the two condominium units owned by Plaintiff and a loan modification on the other unit in which Plaintiff now resides. The financial terms of the loan modification and all other terms of the settlement have been agreed upon, but it will take 60-75 days to confirm that title to both units is clear, to obtain income verification and to submit all documentation required to process the loan modification. The settlement provides that assuming, as both parties believe, that these issue are resolved, then the loan modification agreement will be executed, the Deed in lieu recorded and the parties will submit a request for dismissal with prejudice of the entire action.

The parties therefore respectfully stipulate to and ask the Court to continue the current CMC from 1/17/13 to 4/11/13, time to remain at 10:30 am.

DATED: January 9, 2013

ALVARADOSMITH
A Professional Corporation

By: /s/ *Theodore E. Bacon*
THEODORE E. BACON
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
CALIFORNIA RECONVEYANCE COMPANY
and BANK OF AMERICA, NATIONAL
ASSOCIATION

DATED: January 9, 2013

IT IS SO ORDERED.

/s/ *J. Brian McCauley*
J. BRIAN MCCAULEY, ESQ..
Attorneys for Plaintiff,
KATY SULLIVAN

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**   CASE NO. CV 09-2161 EMC

3409196.1 -- AL109.W383

2