1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, National Association,<br>BANK OF AMERICA, National Association, CALIFORNIA RECONVEYANCE COMPANY; and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 09-2161 EMC<br><br>Assigned: Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>DATE: April 11, 2013<br>TIME: 10:30 a.m.<br>CTRM: 5<br><br>Action Filed: April 22, 2009 |

///
///
///
///
///
///
///
///
///

ALVARADOSMITH
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE   CV 09-2161 EMC
3500440.1 -- AL109.W383

1  **IT IS HEREBY ORDERED** that:

2  Theodore E. Bacon, counsel for defendants JPMorgan Chase Bank, N.A., an acquirer of
3  certain assets and liabilities of Washington Mutual Bank from the FDIC, as Receiver for Washington
4  Mutual Bank; California Reconveyance Company; and Bank of America, National Association, as
5  successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates
6  Series 2006-AR9 Trust (collectively, "Defendants"), is permitted to appear telephonically at:

7  1.  The Further Case Management Conference, which is scheduled for April 11, 2013, at
8  10:30 a.m. in Courtroom 5 of the above-entitled Court, located at 450 Golden Gate Avenue, San
9  Francisco, California, the Honorable Edward M. Chen, presiding: Court to call Theodore Bacon between 10:30 and 11:30 a.m.

DATED: 4/9/13 _____

Hon. Edward M. Chen
United States District Court



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1
[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE        CV 09-2161 EMC
3500440.1 -- AL109.W383