1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, National Association,<br>BANK OF AMERICA, National Association, CALIFORNIA RECONVEYANCE COMPANY; and Does 1 through 50, inclusive,<br><br>　　　　　Defendants. | **CASE NO.: CV 09-2161 EMC**<br><br>Assigned:　Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**DATE:**　　April 11, 2013<br>**TIME:**　　10:30 a.m.<br>**CTRM:**　　5<br><br>**Action Filed:** April 22, 2009 |

///
///
///
///
///
///
///
///
///

**IT IS HEREBY ORDERED** that:

Theodore E. Bacon, counsel for defendants JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, as Receiver for Washington Mutual Bank; California Reconveyance Company; and Bank of America, National Association, as successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR9 Trust (collectively, "Defendants"), is permitted to appear telephonically at:

1. The Further Case Management Conference, which is scheduled for April 11, 2013, at 10:30 a.m. in Courtroom 5 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, the Honorable Edward M. Chen, presiding: Court to call Theodore Bacon between 10:30 and 11:30 a.m.

DATED: 4/9/13 _____

Hon. Edward M. Chen
United States District Court



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen