| | |
|---|---|
| 1 | J. Brian McCauley (SBN 66762) |
| | A Professional Law Corporation |
| 2 | jbmapc@pacbell.net |
| | 425 California Street, Suite 1700 |
| 3 | San Francisco, California  94104 |
| | Telephone:       (415)974-1515 |
| 4 | Facsimile:        (415)543-0125 |
| 5 | Attorneys for Plaintiff |
| | KATY SULLIVAN |

UNITED STATES DISTRICT COURT

NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN, | Case No.  CIV 09 2161 EMC |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME AND RESPONSE TO ORDER TO SHOW CAUSE** ; ORDER |
| v. | Date: November 4, 2014 |
| WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, National Association, BANK OF AMERICA, National Association, CALIFORNIA RECONVEYANCE COMPANY; and DOES 1 through 50, inclusive Defendants. | Time: 10:30 a.m. |
| | Dept: 5 - 17th Floor |
| | Judge: Hon. Edward M. Chen |
| | Action Filed:          4/22/09 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Defendants JPMorgan Chase Bank, N.A. ("JPMorgan"), California Reconveyance Company ("CRC") and Bank of America, National Association, as successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR9 Trust ("B of A") (together, "Defendants"), along with plaintiff Katy Sullivan ("Plaintiff") (collectively the "Parties"), hereby submit this Joint Stipulation for Extension of Time and Response to Order to Show Cause.

**1.      Jurisdiction and Service**

Plaintiff has named the following as defendants:  WASHINGTON MUTUAL BANK, FA, JPMORGAN CHASE BANK, National Association, BANK OF AMERICA, National Association, LASALLE BANK, National Association, CALIFORNIA RECONVEYANCE

1  COMPANY; and Does 1 through 50, inclusive.

2      This court has jurisdiction, because Plaintiff, in the initial complaint, alleges violations of
3  the Federal Truth in Lending Act ("TILA").  (See Second Amended Complaint.)

4  **2.       Status of the Case and Settlement Since Previous Joint Statement:**

5      Plaintiff seeks statutory damages under TILA, as well as general damages.  Plaintiff also
6  seeks rescission under TILA.  Defendants deny the allegations of the Complaint and contend that
7  they did not participate in the origination process which is the subject of Plaintiff's legal action.

8      Plaintiff owns a 2 unit condominium which is encumbered by the loan which is the subject
9  of this litigation. Plaintiff and Defendants have arrived at a conditional settlement which
10 contemplates the following:

11     1)     Plaintiff will deed one of the condo units to Defendant, which will then be sold
12 and the proceeds paid to Defendant,

13     2)     Plaintiff will retain the other unit, and Defendant has agreed to modify the existing
14 loan such that the security for that loan will consist solely of a loan on the unit retained by
15 Plaintiff.

16     The parties have completed the negotiation and drafting of their Settlement Agreement; it
17 has been signed by Plaintiff Katy Sullivan and transmitted to Defendants, but is still in the
18 process of execution by Defendants.  A stipulation for dismissal in accord with the terms of the
19 Settlement has been drafted and transmitted along with a form of Order of Dismissal.

20     The internal execution processes for Defendants is unfortunately lengthy, and a further
21 extension of the Order to Show Cause appearance currently set for November 4, 2014 is hereby
22 agreed and stipulated, and this Joint Stipulation is submitted to request an extension to December
23 11, 2014.

24     Accordingly, it is jointly stipulated and requested by and between the parties that this
25 Court set over its current Order to Show Cause appearance to December 11, 2014.

26 //

27 //

28

STIPULATED EXTENSION OF TIME AND JOINT CASE MANAGEMENT STATEMENT
3962935.1 -- AL109.W383

Respectfully submitted,

DATED: October 30, 2014          A<small>LVARADO</small>S<small>MITH</small>
                                 A Professional Corporation


                                 By: /s/ *Theodore E. Bacon*
                                     THEODORE E. BACON
                                     Attorneys for Defendants
                                     JPMORGAN CHASE BANK, N.A.,
                                     CALIFORNIA RECONVEYANCE
                                     COMPANY and BANK OF AMERICA,
                                     NATIONAL ASSOCIATION, as successor
                                     by merger to LaSalle Bank NA as trustee for
                                     WaMu Mortgage Pass-Through Certificates
                                     Series 2006-AR9 Trust

DATED: October 30, 2014


                                 By: /s/ *J. Brian McCauley*
                                     J. BRIAN MCCAULEY, ESQ..
                                     Attorneys for Plaintiff,
                                     KATY SULLIVAN


IT IS SO ORDERED that the OSC is continued to 12/11/14 at 1:30 p.m. An updated status report shall be filed by 12/4/14.

_____
Edward M. Chen
U.S. District Judge

[SEAL: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

3

STIPULATED EXTENSION OF TIME AND JOINT CASE MANAGEMENT STATEMENT

3962935.1 -- AL109.W383