UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, | No. C-09-2161 EMC |
| Plaintiff, | |
| v. | **ORDER CONTINUING OSC HEARING** |
| WASHINGTON MUTUAL BANK FA, *et al.*, | |
| Defendants. _____/ | |

In July 2014, at a case management conference, this Court scheduled an order-to-show-cause ("OSC") hearing in the above-referenced case. *See* Docket No. 127 (minutes). Based on the parties' representations that the case was in the process of settling, the Court continued the OSC hearing three times. *See* Docket Nos. 129, 131, 134 (orders). Currently, the OSC hearing is set for January 29, 2015.

The parties have orally notified the Court that the settlement is expected to be completed forthwith. In light of that representation, the Court is willing to continue the OSC hearing one final time. Accordingly, the Court hereby **CONTINUES** the OSC hearing from January 29 to February 5, 2015, at 1:30 p.m. There shall be no further continuances.

If the settlement papers are not signed by February 4, 2015, then, Defendant JP Morgan Chase Bank must have a representative make a personal appearance at the February 5 OSC hearing.

///

///

///

Such representative must have full settlement authority and must be prepared to explain why the settlement papers have not been completed and/or signed. The Court advises Chase – as well as all other parties – that it risks being sanctioned if it cannot substantially justify its conduct to date.

    IT IS SO ORDERED.

Dated: January 23, 2015

_____
EDWARD M. CHEN
United States District Judge