⁑AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Northern | **District of** | California |

Katy Sullivan

Plaintiff (s),

V.

Washington Mutual FA, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:09-cv-02161-EMC

Notice is hereby given that, subject to approval by the court, _Katy Sullivan, In Pro Se_ substitutes
(Party (s) Name)

_Katy Sullivan, In Pro Se_ , State Bar No. _N/A_ as counsel of record in
(Name of New Attorney)

place of _J. Brian McCauley, Esq._ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Katy Sullivan

Address: 2628 Sutter Street, #B   San Francisco, CA 94115

Telephone: (510) 551-6885          Facsimile

E-Mail (Optional): katymsullivan@gmail.com

I consent to the above substitution.

Date: _1/21/2015_                                        _Katy Sullivan_ (In Pro Se)
(Signature of Party (s))

I consent to being substituted.

Date: _1-22-2015_                                        J. BRIAN McCAULEY, PROF. CORP.
By: J Brian McCaulen
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _1/21/15_                                        (In Pro Se)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _2/5/15_

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]