UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, | No. C-09-2161 EMC |
| Plaintiff, | |
| v. | 90-Day CONDITIONAL DISMISSAL |
| WASHINGTON MUTUAL BANK FA, *et al.*, | |
| Defendants. | |
| _____/ | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this action,

IT IS HEREBY ORDERED that this action is dismissed with prejudice and that all dates are hereby vacated; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 90 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

In the event dismissal becomes final, the Court shall retain jurisdiction over the case as to any issues related to or arising out of the settlement.

IT IS SO ORDERED.

Dated: February 5, 2015

_____
EDWARD M. CHEN
United States District Judge