Katy Sullivan
In Pro Per
2628 Sutter Street, #B
San Francisco, California  94115
Telephone:     (510) 551-6885

Attorneys for Plaintiff
KATY SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN,<br><br>  Plaintiff,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, National Association, BANK OF AMERICA, National Association, CALIFORNIA RECONVEYANCE COMPANY; and DOES 1 through 50, inclusive Defendants. | Case No.  3:09-cv-02161 EMC<br><br>**NOTICE OF NON-SETTLEMENT**<br><br>Dept:  5 - 17th Floor<br>Judge:  Hon. Edward M. Chen<br><br>Action Filed:      4/22/09 |

**IT IS HEREBY NOTICED** that the parties have not finalized critical terms of the settlement.  Specifically, Plaintiff has not received the Loan Modification Agreement.  Plaintiff respectfully requests that the court extends the action without dismissal a further 90 days in order for Defense counsel to provide Plaintiff with the Loan Modification Agreement.  Plaintiff further requests that the finalized Loan Modification Agreement be filed with the court.


Dated: April 27, 2015             Plaintiff, In Pro Per


                                     /s/Katy Sullivan_____
                                    Katy Sullivan

NOTICE OF NON-SETTLEMENT

3962935.1 -- AL109.W383

1 | **IT IS SO ORDERED.**

2 | Dated: 4/30, 2015

4 | By: _____
5 | Hon. Judge Edward M. Chen

*(Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed by Judge Edward M. Chen)*