UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATY SULLIVAN,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK FA, et al.,

    Defendants.

Case No. 09-cv-02161-EMC

**ORDER TO SHOW CASE**

    Plaintiff filed a Notice of Non-Settlement on July 17, 2015. Defendants JP Morgan Chase, et al. are ordered to file a response by July 23, 2015. Defendants shall appear on July 30, 2015 at 1:30 p.m. before Judge Edward M. Chen, Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102 to show cause why settlement should not be enforced. In addition to counsel, a representative of Defendants with full settlement authority shall appear.

    IT IS SO ORDERED.

    Dated: July 17, 2015.

EDWARD M. CHEN  
United States District Judge