AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

Katy Sullivan
          Plaintiff (s),
V.

Washington Mutual Bank FA; et al
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:09-cv-02161-EMC

Notice is hereby given that, subject to approval by the court, __JPMorgan Chase Bank, N.A.__ substitutes
(Party (s) Name)

__Sheri M. Kanesaka__, State Bar No. __240053__ as counsel of record in
(Name of New Attorney)

place of __Theodore E. Bacon__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: PARKER IBRAHIM & BERG LLC
    Address: 695 Town Center Drive, 16th Floor, Costa Mesa, CA 92626
    Telephone: (714) 361-9550     Facsimile (714) 784-4190
    E-Mail (Optional): sheri.kanesaka@piblaw.com

I consent to the above substitution.
Date: 7-17-15

          JPMorgan Chase Bank, N.A.
          Kendall Foster
          Kendall Foster (Signature of Party (s)) Assistant Secretary

I consent to being substituted.
Date: 7/17/15

          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/18/15

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/28/15

IT IS SO ORDERED
Judge Edward M. Chen
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
*Katy Sullivan v. Washington Mutual Bank, et al.*
USDC Northern Case No.: 3:09-cv-02161-EMC

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **Parker Ibrahim & Berg LLC,** 695 Town Center Drive, 16th Floor, Costa Mesa, CA 92626.

On July 17, 2015, I served the foregoing document described as **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 695 Town Center Drive, Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Golden State Overnight or Federal Express Drop Box located at 695 Town Center Drive, Costa Mesa, CA 92626. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on July 17, 2015, at Costa Mesa, California.

_____
Heather N. Kane

**SERVICE LIST**
*Katy Sullivan v. Washington Mutual Bank, et al.*
USDC Northern Case No.: 3:09-cv-02161-EMC

| | |
|---|---|
| Steven Casselberry, Esq.<br>Eric J. Rans, Esq.<br>Michelman & Robinson, LLP<br>17901 Von Karman Avenue<br>10th Floor<br>Irvine, CA  92614 | *Counsel for Plaintiffs*<br><br>(714) 557-7990<br>(714) 557-7991 FAX |