1  JOHN M. SORICH (CA Bar No. 125223)
   John.Sorich@piblaw.com
2  MARIEL GERLT-FERRARO (CA Bar No. 251119)
   Mariel.Gerlt-Ferraro@piblaw.com
3  PARKER IBRAHIM & BERG LLC
   695 Town Center Drive, 16th Floor
4  Costa Mesa, California 92626
   Tel:  (714) 361-9550
5  Fax: (714) 784-4190

6  Attorneys for Defendants
   JPMORGAN CHASE BANK, N.A.,
7  CALIFORNIA RECONVEYANCE COMPANY
   and U.S. BANK NATIONAL ASSOCIATION, as
8  Trustee, etc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY SULLIVAN, also known as KATY MARIE SULLIVAN,<br><br>       Plaintiff.<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, JPMORGAN CHASE BANK, National Association, BANK OF AMERICA, national Association. CALIFORNIA RECONVEYANCE COMPANY; and Does 1 through 50, inclusive,<br><br>       Defendants. | CASE NO.: CV 09-2161 EMC<br><br>Assigned: Hon. Edward M. Chen<br><br>**STIPULATION FOR DISMISSAL; ORDER TO DISMISS AND TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT** |

**TO THE HONORABLE EDWARD M. CHEN, UNITED STATES DISTRICT COURT JUDGE:**

In advance of the February 11, 2016 further case management conference and continued hearing on the Order to Show Cause as to why the terms of the settlement should not be enforced, the parties submit the following Stipulation for Dismissal.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and based upon the

1  Settlement Agreement between and among the parties to this Stipulation, including
2  Defendants JPMorgan Chase Bank, N.A. ("JPMorgan"), California Reconveyance
3  Company ("CRC") and Bank of America, National Association, as successor by
4  merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates
5  Series 2006-AR9 Trust ("B of A") (together, "Defendants"), along with plaintiff Katy
6  Sullivan ("Plaintiff")(collectively the "Parties"), hereby jointly request dismissal of
7  this action, with prejudice.

8      The Parties further request that the dismissal shall specifically provide however,
9  that the Court shall retain jurisdiction to enforce this settlement and shall incorporate
10 the terms of the Settlement Agreement, and shall be approved and accepted by the
11 Court in order to be effective.

12     So Stipulated.

15 DATED: February 9, 2016    Respectfully submitted,

16     PARKER IBRAHIM & BERG LLC

17     By: */s/ John M. Sorich*
18         JOHN M. SORICH
           MARIEL GERLT-FERRARO
19         Attorneys for Defendants

22 DATED: February 9, 2016    By: */s/ Katy Sullivan*
23         KATY SULLIVAN also known as
           KATY MARIE SULLIVAN

24 IT IS SO ORDERED:
25 _____
   Edward M. Chen
26 U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*

{00556223.DOCX }

2003.0011

**STIPULATION FOR DISMISSAL**

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
*Katy Sullivan v. Washington Mutual Bank, et al.*
USDC Northern Case No.: 3:09-cv-02161-EMC

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **Parker Ibrahim & Berg LLC, 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626**.

On February 9, 2016, I served the foregoing document described as **STIPULATION FOR DISMISSAL; ORDER TO DISMISS AND TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT** on the interested parties in this action.

☒  by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒  **BY REGULAR MAIL:** I deposited such envelope in the mail at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐  **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐  **BY OVERNIGHT MAIL:** I deposited such documents at the Golden State Overnight or Federal Express Drop Box located at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626. The envelope was deposited with delivery fees thereon fully prepaid.

☒  **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov

☒  (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 9, 2016, at Costa Mesa, California.

/s/ *Heather Kane*
Heather Kane

## SERVICE LIST
*Katy Sullivan v. Washington Mutual Bank, et al.*
USDC Northern Case No.: 3:09-cv-02161-EMC

| | |
|---|---|
| Katy M. Sullivan<br>2628 Sutter St., B<br>San Francisco, CA 94115 | Tel:  (510) 551-6885<br>katymsullivan@gmail.com<br><br>Pro Per |

{00556223.DOCX }

2003.0011

**PROOF OF SERVICE**